UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

CHANELL S. WARD,

    Plaintiff,

v.

GEORGIA EMERGENCY ASSOCIATES, P.C.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

1.    Plaintiff, CHANELL S. WARD, is a natural person and a citizen of the State of Florida, residing in Miami-Dade County, Florida.

1

2. Defendant, GEORGIA EMERGENCY ASSOCIATES, P.C., is a Georgia corporation and citizen of the State of Georgia with its principal place of business at 5629 Highway 21 South, Rincon, Georgia 31326.

3. Defendant is registered with the Georgia Secretary of State Corporations Division as a domestic corporation. Its registered agent for service of process is Mark F. Coffey, 5629 Highway 21 South, Rincon, Georgia 31326.

## FACTUAL ALLEGATIONS

4. Defendant, or others acting on its behalf, left the following message on Plaintiff's voice mail on her cellular telephone on or about the date stated:

> **NOVEMBER 7, 2014 – Pre-recorded message**
> Hello. Hello, I am calling about important personal business for Terrell Smith. Please have Terrell Smith call me back as soon as possible at the following number 800-726-5010. Again, my number is 800-726-5010.
>
> Hello, I am calling about important personal business for Terrell Smith. Please have Terrell Smith call me back as soon as possible at the following number 800-726-5010. Again, my number is 800-726-5010. Thank you. Goodbye.

5. In addition to the foregoing, Defendant, or others acting on its behalf, left pre-recorded messages on Plaintiff's cellular telephone service on other occasions and on still other occasions called and hung-up without leaving a message.

6. Defendant, or others acting on its behalf, placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice.

7. Calls placed to 800-726-5010 are greeted with a pre-recorded message stating in relevant part "You have reached the medical billing offices of Georgia Emergency Associates…".

8. At no time has Plaintiff been treated by or indebted to Georgia Emergency Associates.

9. Based upon Defendant's request in the messages to "…have Terrell Smith call me back...", Defendant knew it was not placing calls Mr. Smith's telephone number.

10. Defendant placed automated calls to Plaintiff in an effort cause Plaintiff to relay its message to Mr. Smith.

11. Defendant knew it was placing automated calls to a person other than its apparent patient.

12. Defendant failed to determine the status of Plaintiff's telephone service as cellular service before placing automated calls to Plaintiff.

13. Defendant willfully or knowingly violated the TCPA.

14. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

15. Plaintiff incorporates Paragraphs 1 through 14.

16. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> don@donyarbrough.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658