UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-23107-Civ-Williams/Torres

CHANELL S. WARD,

    Plaintiff,

v.

GEORGIA EMERGENCY ASSOCIATES, P. C.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Rachel K. Beige, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Cole Scott & Kissane, P. A. |
| Fort Lauderdale, Florida  33339 | 222 Lakeview Avenue |
| Telephone: 954-537-2000 | Esperante Building Suite 120 |
| Facsimile: 954-566-2235 | West Palm Beach, FL 33401 |
| | Telephone: 561-383-9228 |
| | Facsimile: 561-683-8977 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Sheena D. Smith |
| Donald A. Yarbrough, Esq. | Sheena D. Smith, Esq. |

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on April 15, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/Donald A. Yarbrough
                Donald A. Yarbrough, Esq.

## SERVICE LIST

Rachel K. Beige, Esq.
Sheena D. Smith, Esq.
Cole Scott & Kissane, P. A.
222 Lakeview Avenue
Esperante Building Suite 120
West Palm Beach, FL 33401
Telephone: 561-383-9228
Facsimile: 561-683-8977
Electronic Mail Address: rachel.beige@csklegal.com
Sheena.Smith@csklegal.com

Via Notices of Electronic Filing generated by CM/ECF